**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>*Defendant*. | Case No.: 1:14-cv-13112<br><br>Judge F. Dennis Saylor IV |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE* (J. DOMINICK LARRY)

Pursuant to Local Rule 83.5.3, the undersigned counsel, Erica C. Mirabella, hereby moves the Court to enter an Order granting leave to J. Dominick Larry of Edelson PC to appear on behalf of the plaintiff, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Larry has been a member in good standing of the bar of Illinois since November, 2012, and has also been admitted in other jurisdictions as set forth in his accompanying certification.

2. There are no disciplinary proceedings against Mr. Larry as a member of the bar in any jurisdiction.

3. Mr. Larry has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Mr. Larry has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Due to the fact that Plaintiff has filed this motion prior to counsel for the Defendant appearing in this action, Plaintiff's counsel was unable to obtain concurrence for the relief sought in this motion. *See* L.R. 7.1(A)(2).

                                                Respectfully submitted,

                                                **ALEXANDER YERSHOV**, individually and on behalf of all others similarly situated,

Dated: August 1, 2014                    By: s/ Erica C. Mirabella
                                                         One of Plaintiff's Attorneys

                                                Erica C. Mirabella (#676750)
                                                emirabella@gnemlaw.com
                                                ERICA C. MIRABELLA ATTORNEY AT LAW
                                                132 Boylston Street, 5th Floor
                                                Boston, Massachusetts 02116
                                                Tel: 617.580.8270
                                                Fax: 617.583.1905

                                                *Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 1, 2014.

                                                s/ Erica C. Mirabella