# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>*Defendant*. | Case No.: 1:14-cv-13112<br><br>Judge F. Dennis Saylor IV |

## BENJAMIN H. RICHMAN'S CERTIFICATION FOR ADMISSION *PRO HAC* VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, of the United States district Court for the District of Massachusetts, I, Benjamin H. Richman, hereby certify that:

1. I am a partner at the firm of Edelson PC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654.

2. I am admitted to practice in the State of Illinois (November 2009), the United States District Court for the Northern District of Illinois (November 2009), the United States District Court for the Northern District of Florida (May 2011), and the United States District Court for the District of Colorado (March 2012).

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2014, in Chicago, Illinois.

Benjamin H. Richman
brichman@edelson.com
**EDELSON PC**
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Signed and sown before me,
this 1st day of August, 2014

Notary Public

OFFICIAL SEAL
EVE-LYNN J RAPP
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/03/18

2