**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>Defendant. | Case No. 1:14-cv-13112-FDS |

**JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT AND TO SET BRIEFING SCHEDULE**

Plaintiff Alexander Yershov ("Plaintiff") and Defendant Gannett Satellite Information Network, Inc. d/b/a USA TODAY, ("Defendant," and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby file this Joint Motion to Extend Time for Defendant to Answer, Move, or Otherwise Response to the Complaint and to Set Briefing Schedule.

Plaintiff filed the Class Action Complaint and Demand for Jury Trial (the "Complaint") in this action on July 24, 2014. Defendant was served with the Complaint and summons on July 29, 2014. Pursuant to Federal Rule of Civil Procedure 12, Defendant's deadline to answer, move, or otherwise respond is currently August 19, 2014. To allow adequate time to fully address the allegations in the Complaint and the complex legal issues that will be raised in any motion filed by Defendant in response to the Complaint, the Parties respectfully request that the time in which Defendant has to answer, move, or otherwise respond to the Complaint be extended through and including September 19, 2014. The Parties further respectfully request that to the extent that Defendant elects to move to dismiss the Complaint, the time in which

1

Plaintiff has to oppose that motion to dismiss be extended to and through October 10, 2014 and

the time Defendant has to file its reply memorandum in support of that motion to dismiss be

extended to and through October 21, 2014.  A proposed Order is attached hereto.

Respectfully submitted, this 15th day of August 2014.

/s/ J. Dominick Larry

Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

Erica C. Mirabella (#676750)
erica@mirabellallc.com
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Tel: 617.580.8270
Fax: 617.583.1905

*Counsel for Plaintiff Alexander Yershov and the putative class*

/s/ Allison D. Burroughs

Allison D. Burroughs (BBO # 609346)
aburroughs@nutter.com
Heather B. Repicky (BBO # 663347)
hrepicky@nutter.com
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
Tel: 617.439.2000
Fax: 617.310.9000

Marc Zwillinger
marc@zwillgen.com
Jacob Sommer
jake@zwillgen.com
Jeffrey Landis
jeff@zwillgen.com
ZWILLGEN PLLC
1900 M. St. N.W., Ste. 250
Washington, DC 20036
(202) 706-5205

*Counsel for Defendant Gannett Satellite Information Network, Inc. d/b/a USA TODAY*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed through the electronic filing system and served electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Heather B. Repicky

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ALEXANDER YERSHOV, individually and on
behalf of all others similarly situated,

          Plaintiff,

    v.

GANNETT SATELLITE INFORMATION
NETWORK, INC. d/b/a USA TODAY, a Delaware
corporation,

          Defendant.

Case No. 1:14-cv-13112-FDS

This matter coming before the Court on the Parties' Joint Motion to Extend Time for

Defendant to Answer, Move, or Otherwise Response to the Complaint and to Set Briefing

Schedule,

    **IT IS HEREBY ORDERED AND ADJUDGED:**

    1.    Defendant's deadline to answer, move, or otherwise respond to the Complaint

shall be September 19, 2014;

    2.    Plaintiff's deadline to file a response in opposition to any motion to dismiss filed

by Defendant shall be October 10, 2014; and

    3.    Defendant's deadline to file a reply in support of any motion to dismiss shall be

October 21, 2014.

    **IT IS SO ORDERED.**

Entered: _____

                     THE HONORABLE F. DENNIS SAYLOR IV
                     UNITED STATES DISTRICT JUDGE