UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>Defendant. | Case No. 1:14-cv-13112-FDS<br><br>Hon. F. Dennis Saylor IV |

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiff Alexander Yershov ("Plaintiff") and Defendant Gannett Satellite Information Network, Inc. d/b/a USA TODAY, ("Defendant," and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby file this Joint Motion to Extend Time for Defendant to Answer, Move, or Otherwise Response to the Complaint and to Set Briefing Schedule.

Plaintiff filed the Class Action Complaint and Demand for Jury Trial (the "Complaint") in this action on July 24, 2014. Defendant was served with the Complaint and summons on July 29, 2014. Defendant filed its Motion to Dismiss the Complaint (Dkt. 14) on September 19, 2014.

Pursuant to the Court's August 18, 2014 Order, Plaintiff's response in opposition to the Motion to Dismiss is due no later than October 10, 2014, with Defendant's reply in support of its motion due no later than October 21, 2014. (Dkt. 10.) In order to adequately address recent legal developments bearing on issues raised in the motion to dismiss, the Parties respectfully request that the time in which Plaintiff has to respond in opposition to the motion to dismiss be extended by one week, to and through October 17, 2014. The Parties further respectfully request that the

time Defendant has to file its reply in support of its motion to dismiss be extended to and through October 28, 2014. A proposed order is attached hereto.

Respectfully submitted, this 8th day of October, 2014.

By: s/ J. Dominick Larry

Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

Erica C. Mirabella (#676750)
erica@mirabellallc.com
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Tel: 617.580.8270
Fax: 617.583.1905

*Counsel for Plaintiff Alexander Yershov and the putative class*


By: s/ Jeffrey Landis

Allison D. Burroughs
aburroughs@nutter.com
NUTTER MCCLENNEN & FISH
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
Tel: 617.439.2684
Fax:  617.310.9684

Marc Zwillinger (*pro hac vice*)
marc@zwillgen.com
Jacob Sommer (*pro hac vice*)
jake@zwillgen.com
Jeffrey Landis (*pro hac vice*)

jeff@zwillgen.com
ZwillGen PLLC
1900 M. St. N.W., Ste. 250
Washington, DC 20036
(202) 706-5205

*Counsel for Defendant Gannett Satellite
Information Network, Inc. d/b/a USA TODAY*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 9, 2014.


s/ J. Dominick Larry

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 1:14-cv-13112-FDS<br><br>Hon. F. Dennis Saylor IV |

This matter coming before the Court on the Parties' Joint Motion to Extend Briefing Schedule,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.　Plaintiff's deadline to file a response in opposition to Defendant's motion to dismiss shall be October 17, 2014; and

2.　Defendant's deadline to file a reply in support of its motion to dismiss shall be October 28, 2014.

**IT IS SO ORDERED.**

Entered: _____

　　　　　　　　　　　　　　　　　　THE HONORABLE F. DENNIS SAYLOR IV
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE