**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **ALEXANDER YERSHOV,** individually and on behalf of all others similarly situated, | ) ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION** |
| v. | ) ) | **NO.   14-13112-FDS** |
| **GANNETT SATELLITE INFORMATION NETWORK, INC.** dba USA TODAY | ) ) ) ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

**SAYLOR, DJ.**

In accordance with the Court's Memorandum and Order of May 15, 2015, it is hereby

ORDERED that the above-entitled action be dismissed.

SO ORDERED.
BY THE COURT:

May 18, 2015
Date

/s/ Lisa Pezzarossi
Deputy Clerk