# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation, <br><br> Defendant. | Case No. 1:14-cv-13112-FDS <br><br> Hon. F. Dennis Saylor IV |

## MOTION TO CONTINUE STATUS CONFERENCE

Defendant Gannett Satellite Information Network, Inc. d/b/a USA TODAY, ("Defendant"), by and through its undersigned counsel hereby files this motion to continue the status conference hearing scheduled for May 16, 2016.  In support of its motion, Defendant states as follows:

1. On April 29, 2016, the United States Court of Appeals for the First Circuit (the "First Circuit") issued an order and judgment reversing this Court's order granting Defendant's motion to dismiss for failure to state a claim, and remanding for further proceedings.

2. The First Circuit has not issued a formal mandate under Federal Rule of Appellate Procedure 41 (although a copy of its order and judgment were filed on the docket for this matter the same day).

3. Defendant intends to file a petition for panel rehearing or rehearing en banc of the April 29, 2016 decision.  Under Federal Rule of Appellate Procedure 40(a)(1) that petition is due on Friday, May 13, 2016.

4. Under Federal Rule of Appellate Procedure 41(d)(1), the timely filing of a petition for panel rehearing or petition for rehearing en banc stays an appeals court's mandate

1

"until disposition of the petition or motion, unless the court orders otherwise." And "it is the date on which the mandate is issued which determines when the district court reacquires jurisdiction for further proceedings." *United States v. Rush*, 738 F.2d 497, 509 (1st Cir.1984).

5. On May 2, 2016, this Court issued an electronic notice setting a status conference hearing for May 16, 2016.

6. In light of the above, holding a status conference before a decision on Defendant's petition for panel rehearing or rehearing en banc and the issuance of a mandate is likely not an efficient use of the court's resources.

7. In addition to the foregoing, lead counsel for Defendant has a pre-existing work obligation that requires him to be in Ohio on May 16, 2016.

WHEREFORE, for the foregoing reasons, Defendant requests that the Court continue the status conference until the disposition of Defendant's petition for panel rehearing or rehearing en banc and the issuance of a mandate by the First Circuit.

Respectfully submitted, this 6th day of May, 2016.

By: /s/ Marc Zwillinger
Marc Zwillinger
marc@zwillgen.com
Jeffrey Landis
jeff@zwillgen.com
ZWILLGEN PLLC
1900 M. St. N.W., Ste. 250
Washington, DC 20036
Tel: 202.296.3585
Fax: 202.706.5298

Heather B. Repicky (BBO # 663347)
hrepicky@nutter.com
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard

Case 1:14-cv-13112-FDS   Document 38   Filed 05/06/16   Page 3 of 4

Boston, Massachusetts  02210
Tel: 617.439.2192
Fax:  617.310.9192

*Counsel for Defendant Gannett Satellite Information Network, Inc. d/b/a USA TODAY*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for defendant conferred with plaintiff's counsel on May 5, 2016 and attempted in good faith to resolve or narrow the issues presented by this motion. Plaintiff did not consent to the relief requested in this motion.

/s/ Jeffrey G. Landis

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed through the electronic filing system and served electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Jeffrey G. Landis

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>Defendant. | Case No. 1:14-cv-13112-FDS<br><br>Hon. F. Dennis Saylor IV |

This matter coming before the Court on Defendant's Motion to Continue Status Conference,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. The status conference hearing currently scheduled for May 16, 2016 shall be continued until after disposition of Defendant's petition for panel rehearing or rehearing en banc to the First Circuit.

**IT IS SO ORDERED.**

Entered: _____

                 THE HONORABLE F. DENNIS SAYLOR IV
                 UNITED STATES DISTRICT JUDGE