# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated, | Case No. 1:14-cv-13112-FDS |
| Plaintiff, | Hon. F. Dennis Saylor IV |
| v. | REQUEST FOR ORAL ARGUMENT |
| GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation, | |
| Defendant. | |

## MOTION TO DISMISS CLASS ACTION COMPLAINT

Defendant Gannett Satellite Information Network, Inc. d/b/a USA TODAY ("Defendant") hereby files this Motion to Dismiss Plaintiff's Class Action Complaint and Demand for Jury Trial ("Complaint"). Defendant moves to dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). As explained more fully in the accompanying memorandum of law filed contemporaneously herewith, Plaintiff fails to adequately allege that he suffered an injury sufficient to confer Article III standing. Accordingly, the Court should dismiss Plaintiff's Complaint with prejudice.

Respectfully submitted, this 30th day of June, 2016.

By: /s/ Jeffrey Landis
Marc Zwillinger (admitted *pro hac vice*)
marc@zwillgen.com
Jeffrey Landis (admitted *pro hac vice*)
jeff@zwillgen.com
ZwillGen PLLC
1900 M. St. N.W., Ste. 250
Washington, DC 20036
(202) 296-3585

Heather B. Repicky (BBO # 663347)
hrepicky@nutter.com
NUTTER MCCLENNEN & FISH
Seaport West
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 439-2192

*Counsel for Defendant Gannett Satellite*
*Information Network, Inc. d/b/a USA TODAY*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that counsel for defendant, Gannett Satellite Information Network, Inc. d/b/a USA TODAY, consulted with counsel for plaintiff, Alexander Yershov, during the parties' June 16, 2016 status conference with the Court, and counsel for plaintiff indicated that plaintiff intends to oppose the relief requested in this motion.

/s/ Jeffrey Landis

**CERTIFICATE OF SERVICE**

    I hereby certify that this document and accompanying papers filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 30, 2016.

                                              /s/ Jeffrey Landis