IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>*Defendant*. | Case No.: 1:14-cv-13112<br><br>Judge F. Dennis Saylor IV |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE* (J. AARON LAWSON)

Pursuant to Local Rule 83.5.3, the undersigned counsel, Erica C. Mirabella, hereby moves the Court to enter an Order granting leave to J. Aaron Lawson of Edelson PC to appear on behalf of the plaintiff, and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Lawson has been a member in good standing of the bar of Illinois since October 2013, and has also been admitted in other jurisdictions as set forth in his accompanying certification.

2. There are no disciplinary proceedings against Mr. Lawson as a member of the bar in any jurisdiction.

3. Mr. Lawson has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Mr. Lawson has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

1

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

On July 6, 2016, counsel for Plaintiff conferred with counsel for Defendant regarding the relief sought in this motion. Counsel expressed no opposition to the requested relief.

Respectfully submitted,

**ALEXANDER YERSHOV**, individually and on behalf of all others similarly situated,

Dated: July 6, 2016

By: s/ Erica C. Mirabella
    One of Plaintiff's Attorneys

Erica C. Mirabella (#676750)
erica@mirabellaLLC.com
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Tel: 617.580.8270
Fax: 617.583.1905

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 6, 2016.

s/ Erica C. Mirabella