IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>*Defendant.* | Case No.: 1:14-cv-13112<br><br>Judge F. Dennis Saylor IV |

## J. AARON LAWSON'S CERTIFICATION FOR ADMISSION *PRO HAC* VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, J. Aaron Lawson, hereby certify that:

1. I am an associate at the firm of Edelson PC, 350 North LaSalle Street, 13th Floor, Chicago, Illinois 60654.

2. I am admitted to practice in the State of Illinois (October 2013), the United States Court of Appeals for the Seventh Circuit (April 2014), the United States Court of Appeals for the Ninth Circuit (August 2015), the United States Court of Appeals for the First Circuit (January 2016), the United States Court of Appeals for the Second Circuit (April 2016), the United States Court of Appeals for the Eleventh Circuit (May 2016), and the United States District Court for the Northern District of Illinois (December 2015).

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

1

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on July 6, 2016, in Chicago, Illinois.

J. Aaron Lawson
alawson@edelson.com
**EDELSON PC**
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Signed and sown before me,
this 6th day of ~~August~~, 2016
July

Notary Public

OFFICIAL SEAL
ALEXANDER G. TIEVSKY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 11-19-2019

2