UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>      Defendant. | Case No. 1:14-cv-13112-FDS<br><br>Hon. F. Dennis Saylor IV |

## JOINT MOTION TO EXTEND TIME

Plaintiff Alexander Yershov ("Plaintiff") and Defendant Gannett Satellite Information Network, Inc. d/b/a USA TODAY, ("Defendant," and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby file this Joint Motion to Extend Time to extend the current deadlines for close of fact discovery and dispositive motions by six weeks each.

On July 29, 2016, the Court entered the Scheduling Order in this matter. That Scheduling Order set January 13, 2017 as the close of fact discovery. It set the deadline for dispositive motions as February 17, 2017, with oppositions to dispositive motions due 21 days after service of such motions.

Consistent with the Scheduling Order, the parties exchanged initial disclosures on August 11, 2016. The Parties are currently engaged in discovery. Plaintiff has served written discovery requests on Defendant and Defendant provided its written responses and objections to those discovery requests. Since then, Defendant has made several document productions, and

1

continues to produce documents on a rolling basis. Plaintiff has also indicated that he wishes to take several depositions of Defendant. Plaintiff also subpoenaed non-party Adobe. In addition, Defendant has served written discovery requests on Plaintiff and Plaintiff has provided responses and objections and produced certain documents in response to those discovery requests. Defendant has also indicated that it wishes to depose Plaintiff.

Although both parties have produced documents and engaged in discovery in good faith, it is unlikely that the parties will be able complete discovery by the current January 13, 2017 cut off—especially in light of the intervening winter holidays. The Parties believe, however, that extending the fact discovery cut off by six weeks will be sufficient for Defendant to complete its document production and the Parties to complete depositions.

Accordingly, the Parties respectfully request that the deadline for close of fact discovery be extended through and including February 24, 2017 and the deadline for dispositive motions be extended through and including March 31, 2017. The deadline for oppositions to dispositive motions would remain within 21 days after service of any dispositive motion. A proposed Order is attached hereto.

Respectfully submitted, this 9th day of December, 2016.

> By: /s/ Jeffrey Landis
> Marc Zwillinger (*pro hac vice*)
> marc@zwillgen.com
> Jeffrey Landis (*pro hac vice*)
> jeff@zwillgen.com
> ZWILLGEN PLLC
> 1900 M. St. N.W., Ste. 250
> Washington, DC 20036
> (202) 706-5205
>
> Heather B. Repicky (BBO # 663347)
> NUTTER MCCLENNEN & FISH
> Seaport West

155 Seaport Boulevard
Boston, Massachusetts 02210
Tel: 617.439.2684
Fax:  617.310.9684

*Counsel for Defendant Gannett Satellite Information Network, Inc. d/b/a USA TODAY*

By: /s/ J. Dominick Larry
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

Erica C. Mirabella (#676750)
erica@mirabellallc.com
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Tel: 617.580.8270
Fax: 617.583.1905

*Counsel for Plaintiff Alexander Yershov and the putative class*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 9, 2016.

/s/ Jeffrey Landis

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 1:14-cv-13112-FDS<br><br>Hon. F. Dennis Saylor IV |

This matter coming before the Court on the Parties' Joint Motion to Extend Time,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.　The deadline for the close of fact discovery shall be extended to and through February 24, 2017; and

2.　The deadline for filing of dispositive motions shall be extended to and through March 31, 2017.

**IT IS SO ORDERED.**

Entered: _____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE F. DENNIS SAYLOR IV
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE