**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>                Defendant. | Case No. 1:14-cv-13112-FDS<br><br>Hon. F. Dennis Saylor IV |

**GANNETT'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND CROSS-MOTION TO TAKE PREVIOUSLY NOTICED DEPOSITIONS OUT OF TIME**

Defendant Gannett Satellite Information Network, Inc. d/b/a USA TODAY ("Gannett"), opposes Plaintiff Alexander Yershov's Motion to Extend Discovery (Dkt. 71) (the "Motion") and cross-moves for the Court's approval to take out of time the two depositions of Plaintiff witnesses that Gannett has noticed but whom Plaintiff has not made available during the discovery period. Gannett's arguments in opposition to the Motion and in support of its cross-motion are set forth in the accompanying memorandum of law filed contemporaneously herewith.

Respectfully submitted this 10th day of February, 2017.

                                            By: /s/ Nicholas A. Jackson
                                            Marc Zwillinger (*pro hac vice*)
                                            marc@zwillgen.com
                                            Jeffrey Landis (*pro hac vice*)
                                            jeff@zwillgen.com
                                            Nicholas A. Jackson (*pro hac vice*)
                                            nick@zwillgen.com
                                            ZWILLGEN PLLC
                                            1900 M. St. N.W., Ste. 250
                                            Washington, DC 20036
                                            (202) 706-5205

Heather B. Repicky
HRepicky@nutter.com
NUTTER MCCLENNEN & FISH
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel:  617.439.2684
Fax:  617.310.9684

*Counsel for Defendant Gannett Satellite*
*Information Network, Inc. d/b/a USA TODAY*

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that, pursuant to Local Rules 7.1(a)(2), 26.2(c) and 37.1(b), counsel for defendant, Gannett Satellite Information Network, Inc. d/b/a USA TODAY, consulted with counsel for plaintiff, Alexander Yershov, prior to filing the instant cross-motion regarding the relief requested herein, but that the parties were unable to reach an agreement regarding the same.

/s/ Nicholas A. Jackson
Nicholas A. Jackson

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 10, 2017.

/s/ Nicholas A. Jackson
Nicholas A. Jackson