UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER YERSHOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, INC. d/b/a USA TODAY, a Delaware corporation,<br><br>Defendant. | Case No. 1:14-cv-13112-FDS<br><br>Hon. F. Dennis Saylor IV |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Alexander Yershov and Defendant Gannett Satellite Information Network, Inc. d/b/a USA TODAY, by and through their undersigned counsel (together, the "Parties"), hereby stipulate and agree as follows:

1. The Parties have completed document, deposition, and subpoena discovery regarding Plaintiff's individual claims in the above-captioned action. Based on the information adduced, the Parties agree that Plaintiff lacks sufficient evidence to support his allegation that Defendant violated the Video Privacy Protection Act by "disclos[ing] his PII—in the form of the title of the videos he watched [on the USA Today App], his unique Android ID, and his GPS coordinates—to third party analytics company [Adobe Systems Inc.]" from which Adobe "identif[ied] Yershov and attribute[d] his video viewing records to an individualized profile of Plaintiff Yershov in its databases." (*See* Dkt. 1 ¶ 42.)

2. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree to dismissal of the above-captioned action *with prejudice* as to all

1

claims, causes of action, and parties; and without attorneys' fees, costs, or other expenses to any party.  For avoidance of doubt, this dismissal is without prejudice as to putative class members.

      3.      The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Joint Stipulation of Dismissal with them, and have the authority to bind their respective clients thereto.

Dated:  March 27, 2017

By: /s/  Benjamin H. Richman
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
Benjamin S. Thomassen (*pro hac vice*)
bthomassen@edelson.com
Sydney M. Janzen (*pro hac vice*)
sjanzen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel:  312.589.6370
Fax:  312.589.6378

Erica C. Mirabella (#676750)
erica@mirabellallc.com
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Tel:  617.580.8270
Fax:  617.583.1905

*Attorneys for Plaintiff Alexander Yershov*

Dated:  March 27, 2017

By: /s/  Jeffrey Landis
Marc Zwillinger (*pro hac vice*)
marc@zwillgen.com
Jeffrey Landis (*pro hac vice*)
jeff@zwillgen.com
Nicholas A. Jackson (*pro hac vice*)
nick@zwillgen.com
ZWILLGEN PLLC
1900 M. St. N.W., Ste. 250
Washington, DC 20036
(202) 706-5205

Heather B. Repicky
HRepicky@nutter.com
NUTTER MCCLENNEN & FISH
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel:  617.439.2684
Fax:  617.310.9684

*Attorneys for Defendant Gannett Satellite Information Network, Inc. d/b/a USA TODAY*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 27, 2017.

    /s/ Benjamin H. Richman